IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| SPURGEON SYLVESTER JOHNSON, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.  19-cv-3286 |
| FEDERATED FUNERAL DIRECTORS OF AMERICA FEDUCIAL, | ) ) ) ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

TOM SCHANZLE-HASKINS, U.S. MAGISTRATE JUDGE:

On December 9, 2019, pro se Plaintiff filed his Complaint herein, along with his Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form) (d/e 2), requesting to proceed in forma pauperis.  Plaintiff's request to proceed in forma pauperis was not complete and the Court by Text Order of December 19, 2019, requested pro se Plaintiff to file additional complete financial information. Pro se Plaintiff was provided with Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) and ordered to return the completed form on or before January 30, 2020.   Pro se Plaintiff did not respond and an additional text order was issued on February 25, 2020 directing the pro se Plaintiff to comply with the Court's order by March 16, 2020.   The text order of

February 25, 2020 advised if timely response was not received, the case was subject to dismissal for want of prosecution. All text orders were sent by regular mail to pro se Plaintiff at the address he provided to the Court: 1418 East Mason Street, Springfield, IL 62702. None were returned as undeliverable. As of this date, pro se Plaintiff has failed to comply with this Court's text orders. The Court recommends that pro se Plaintiff's Complaint be dismissed without prejudice for want of prosecution.

Plaintiff is advised that any objection to this Report and Recommendation must be filed in writing with the Clerk of the Court within fourteen days after being served with a copy of this Report and Recommendation. See 28 U.S.C. § 636(b)(1). Failure to file a timely objection will constitute a waiver of objections on appeal. <u>Video Views, Inc. v. Studio 21, Ltd.</u>, 797 F.2d 538, 539 (7th Cir. 1986). See Local Rule 72.2.

The Clerk of the Court is directed to send a copy of this Report and Recommendation to pro se Plaintiff at his last known address.

ENTERED:   March 26, 2020

*s/ Tom Schanzle-Haskins*
TOM SCHANZLE-HASKINS
UNITED STATES MAGISTRATE JUDGE