IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| SPURGEON SYLVESTER JOHNSON, JR., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 19-cv-03286 |
| FEDERATED FUNERAL DIRECTORS OF AMERICA, et al., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

**SUE E. MYERSCOUGH, U.S. District Judge:**

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Tom Schanzle-Haskins (d/e 6). Magistrate Judge Schanzle-Haskins recommends that this Court dismiss Plaintiff's Complaint of Employment Discrimination (d/e 1) without prejudice for lack of prosecution. No timely objections to the Report and Recommendation have been made.

When a magistrate judge proposes factual findings and recommendations, the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the

magistrate judge." 28 U.S.C. § 636(b)(1). The district court may also receive further evidence or recommit the matter to the magistrate judge with instructions. Id. The district court reviews de novo any part of a magistrate judge's report and recommendation to which a specific written objection has been made. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." Johnson v. Zema Sys. Corp., 170 F.3d 734, 739 (7th Cir. 1999). Under the clear error standard, the district court can overrule a magistrate judge only if the district court "is left with the definite and firm conviction that a mistake has been made." Weeks v. Samsung Heavy Indus. Co., 126 F.3d 926, 943 (7th Cir. 1997).

Having thoroughly reviewed Magistrate Judge Schanzle-Haskins' Report and Recommendation, the Court finds no clear error with respect to Judge Schanzle-Haskins' recommendation that Plaintiff's Complaint of Employment Discrimination be dismissed without prejudice for lack of prosecution.

It is, therefore, ORDERED:

(1) The Report and Recommendation of United States Magistrate Judge Tom Schanzle-Haskins (d/e 6) is ACCEPTED.

(2) Plaintiff's Complaint of Employment Discrimination (d/e 1) is DISMISSED WITHOUT PREJUDICE for lack of prosecution.

(3) Any pending motions are DENIED as MOOT, any pending deadlines are TERMINATED, and any scheduled settings are VACATED. This case is CLOSED.

ENTER: April 14, 2020

/s/ Sue E. Myerscough
SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE